UNITED STATES BANKRUPTCY COURT
DISTRICT OF __NY__

In re __Jaklin Meshnik__    Case No. __819-71559-A736__
Debtor    Reporting Period: __October 2020__

Social Security # __5876__
(last 4 digits only)

ECF NO.

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor    Date __11/11/2020__

Signature of Joint Debtor    Date _____

Scanned with CamScanner

In re __Jaxlin Mecanik__                                Case No. __819-71559-A736__
         Debtor                                         Reporting Period: __October 2020__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Amount | Cumulative Filing to Date |
|---|---|---|
| Cash - Beginning of Month | 3900 | (15) |
| **RECEIPTS** | | |
| Wages (Net) | — | — |
| Interest and Dividend Income | — | — |
| Alimony and Child Support | 1200 | 153,350 |
| Social Security and Pension Income | — | — |
| Sale of Assets | — | — |
| Other Income (attach schedule) | 710 | 16,497 |
| Total Receipts | 1910 | 169,848 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | — | — |
| Rental Payment(s) | — | — |
| Other Secured Note Payments | — | — |
| Utilities | 309 | 13,246 |
| Insurance | 156 | 4801 |
| Auto Expense | 25 | 3832 |
| Lease Payments | — | — |
| IRA Contributions | — | — |
| Repairs and Maintenance | 551 | 10,509 |
| Medical Expenses | 205 | 5044 |
| Food, Clothing, Hygiene | 5574 | 101,201 |
| Charitable Contributions | — | 1607 |
| Alimony and Child Support Payments | — | — |
| Taxes - Real Estate | — | — |
| Taxes - Personal Property | — | — |
| Taxes - Other (attach schedule) | — | — |
| Travel and Entertainment | 309 | 13,432 |
| Gifts | — | — |
| Other (attach schedule) | — | 8055 |
| Total Ordinary Disbursements | 1329 | 162,427 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | — | — |
| U.S. Trustee Fees | — | 2925 |
| Other Reorganization Expenses (attach schedule) | — | — |
| Total Reorganization Items | — | 2925 |
| Total Disbursements (Ordinary + Reorganization) | 1329 | 165,352 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 581 | 4496 |
| Cash - End of Month (Must equal reconciled bank statement) | 4481 | 4481 |

In re **Jaklin Mecanik**
Debtor

Case No. **819-71559-A-736**
Reporting Period: **October 2020**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| Description | Current Month Actual | Cumulative Filing to Date |
|---|---|---|
| **Other Income** | | |
| Account Transfer | — | 1469 |
| Unemployment Compensation | 710 | 15028 |
| | | |
| **Wages/Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Bank Fee | — | 50 |
| Account Transfer | — | 1469 |
| Religious Items | — | 3326 |
| Pet Medical Care | — | 210 |
| Prof Fees - Divorce | — | 6000 |
| | | |
| **Other Reorganization Expenses** | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 7329 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 7329 |

In re <u>Jacklin Mechanic</u>  Case No. <u>819-71559-A736</u>
Debtor  Reporting Period: <u>October 2020</u>

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating # 1708 | Payroll # | Tax # 9365 | Other # |
|---|---|---|---|---|
| BALANCE PER BOOKS | 4395 | | 88 | |
| BANK BALANCE | 4395 | | 88 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | — | | — | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | — | | — | |
| OTHER (ATTACH EXPLANATION) | — | | — | |
| ADJUSTED BANK BALANCE * | 4395 | | 88 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |

OTHER

FORM MOR-1 (CONT)
2/2008
PAGE 1 OF 1

Jaklin Mecanik
Bank Reconciliation - TD Bank Account 1730
Oct-20

| | |
|---|---:|
| **Beginning Balance** | 3,814.75 |
| Total Deposits | 7,909.80 |
| Total Disbursements | 7,329.45 |
| **Ending Balance** | 4,395.10 |
| **Bank Balance** | 4,395.10 |
| Less Outstanding Checks: | - |
| Plus Outstanding Deposits | - |
| **Adjusted Bank Balance** | 4,395.10 |
| Difference | - |

Jaklin Mecanik
Bank Reconciliation - TD Bank Account 9365
Oct-20

| | |
|---|---:|
| **Beginning Balance** | 88.05 |
| Total Deposits | - |
| Total Disbursements | - |
| **Ending Balance** | 88.05 |
| **Bank Balance** | 88.05 |
| Less Outstanding Checks: None | - |
| **Adjusted Bank Balance** | 88.05 |
| Difference | - |

In re **Jaltin Mecanik**     Case No. **819-71559-A736**
Debtor     Reporting Period: **October 2020**

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |

Total Cash Disbursements

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | See attached | | | |

Total Bank Account Disbursements

Total Disbursements for the Month

In re: Jaklin Mecanik

Case No 819-71559-A736
Reporting Period October 2020

## Disbursement Journal

### Bank Account Disbursements

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 28-Sep | Great Neck Opticians | Medical | 350 | EFT |
| 29-Sep | Gap Outlet | Food, clothing, hygiene | 114 | EFT |
| 29-Sep | Saks Off Fifth | Food, clothing, hygiene | 107 | EFT |
| 29-Sep | Vivint | Utilities | 75 | EFT |
| 29-Sep | Seasons 52 | Travel & Entertainment | 66 | EFT |
| 29-Sep | Williams Sonoma | Food, clothing, hygiene | 54 | EFT |
| 29-Sep | The Childrens Place | Food, clothing, hygiene | 39 | EFT |
| 30-Sep | Walmart | Food, clothing, hygiene | 114 | EFT |
| 30-Sep | Panera | Travel & Entertainment | 25 | EFT |
| 1-Oct | Lenox | Food, clothing, hygiene | 113 | EFT |
| 1-Oct | Auntie Annes | Travel & Entertainment | 10 | EFT |
| 1-Oct | Apple | Travel & Entertainment | 1 | EFT |
| 2-Oct | Withdrawal | Food, clothing, hygiene | 600 | EFT |
| 2-Oct | Gali Couture Wigs | Food, clothing, hygiene | 695 | EFT |
| 2-Oct | Shop Delight | Food, clothing, hygiene | 432 | EFT |
| 2-Oct | Garage Gat | Repairs & Maint | 221 | EFT |
| 5-Oct | Vesta | Utilities | 34 | EFT |
| 7-Oct | ATM Withdrawal | Food, clothing, hygiene | 900 | EFT |
| 9-Oct | Shop Delight | Food, clothing, hygiene | 288 | EFT |
| 13-Oct | Ecoshield Pest Control | Repairs & Maint | 223 | EFT |
| 13-Oct | Geico | Insurance | 156 | EFT |
| 13-Oct | Disney Plus | Travel & Entertainment | 13 | EFT |
| 14-Oct | CVS Pharmacy | Medical | 7 | EFT |
| 15-Oct | EZ Pass | Auto | 25 | EFT |
| 6-Oct | ATM Withdrawal | Food, clothing, hygiene | 940 | EFT |
| 16-Oct | Shop Delight | Food, clothing, hygiene | 263 | EFT |
| 16-Oct | Property Shark | Repairs & Maint | 87 | EFT |
| 19-Oct | Grill Time | Travel & Entertainment | 46 | EFT |
| 19-Oct | Colony Pharmacy | Medical | 8 | EFT |
| 21-Oct | Verizon | Utilities | 260 | EFT |
| 22-Oct | Costco | Food, clothing, hygiene | 414 | EFT |
| 23-Oct | ATM Withdrawal | Food, clothing, hygiene | 400 | EFT |
| 23-Oct | Besito | Travel & Entertainment | 148 | EFT |
| 23-Oct | Colbeh | Food, clothing, hygiene | 92 | EFT |
| 23-Oct | Paypal | Food, clothing, hygiene | 10 | EFT |

**Total Bank Account Disbursements**     7,329

In re **Jaklin Mecanik**
Debtor

Case No. 819-71559-A736
Reporting Period: October 2020

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | | |
| **PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | 481 | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

In re __Jaxin Micanik__   Case No. __819-71559-A736__
Debtor                     Reporting Period: __October 2020__

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Prepetition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

No tax liability

In re: Javlin Mianik
Debtor

Case No. 819-71559-M136
Reporting Period: October 2020

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____

In re Jaklin Mechanik  
Debtor

Case No. 819-71559-A736
Reporting Period: October 2020

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| PRIOR POLICY | CARRIER | PERIOD COVERED | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FORM MOR-5 (INDV)  
2/2008  
PAGE 1 OF 1

In re **Jaklin Mecanik**
Debtor

Case No. 819-71559-reg
Reporting Period: October 2020

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6. Are any post petition State or Federal income taxes past due? | | X |
| 7. Are any post petition real estate taxes past due? | | X |
| 8. Are any other post petition taxes past due? | | X |
| 9. Have any pre-petition taxes been paid during this reporting period? | | X |
| 10. Are any amounts owed to post petition creditors delinquent? | | X |
| 11. Have any post petition loans been received by the Debtor from any party? | | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

AV 01 126505 055398383 A**5DGT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY
57 STEAMBOAT RD
GREAT NECK NY 11024-1826

Page: 1 of 5
Statement Period: Sep 26 2020-Oct 25 2020
Cust Ref #: 039-T-###
Primary Account #: 1730

## Chapter 11 Checking

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account # 1730

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 5,221.85 | Average Collected Balance | 5,605.78 |
| Deposits | 7,200.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 709.80 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,200.23 | Days in Period | 30 |
| Electronic Payments | 6,936.32 | | |
| Other Withdrawals | 600.00 | | |
| Ending Balance | 4,395.10 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/02 | DEPOSIT | 7,200.00 |
| | Subtotal: | 7,200.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/02 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 177.45 |
| 10/07 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 10/14 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 10/22 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| | Subtotal: | 709.80 |

**Checks Paid** No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---:|
| 09/28 | 159 | 1,157.68 |
| 10/02 | 160 | 42.55 |
| | Subtotal: | 1,200.23 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance    4,396.10

Total Deposits    +

Sub Total

Total Withdrawals    -

Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Scanned with CamScanner



America's Most Convenient Bank®

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

STATEMENT OF ACCOUNT

Page: 3 of 5
Statement Period: Sep 26 2020-Oct 25 2020
Cust Ref #: 039-T-###
Primary Account #: 730

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/28 | DEBIT CARD PURCHASE, *****30048242572, AUT 092420 VISA DDA PUR<br>GREAT NECK OPTICIANS   GREAT NECK  * NY | contact | 350.00 |
| 09/29 | ELECTRONIC CK PMT-ARC, NATIONAL GRID-KE CHECK PYMT 0158 | NG | 206.87 |
| 09/29 | DEBIT POS, *****30048242572, AUT 092920 DDA PURCHASE<br>GAP OUTLET US 7750   RIVERHEAD  * NY | clothes | 114.03 |
| 09/29 | DEBIT POS, *****30048242572, AUT 092920 DDA PURCHASE<br>SAKS OFF 5TH 779 701 T   RIVERHEAD  * NY | clothes | 107.48 |
| 09/29 | DEBIT CARD PURCHASE, *****30048242572, AUT 092820 VISA DDA PUR<br>VIVINT INC US   800 216 5232 * UT | alarm | 75.48 |
| 09/29 | DEBIT CARD PURCHASE, *****30048242572, AUT 092720 VISA DDA PUR<br>SEASONS 52 0074621   GARDEN CITY * NY | Food | 66.41 |
| 09/29 | DEBIT POS, *****30048242572, AUT 092920 DDA PURCHASE<br>WILLIAMS SONOMA 0661 1   RIVERHEAD  * NY | House items | 54.29 |
| 09/29 | DEBIT POS, *****30048242572, AUT 092920 DDA PURCHASE<br>THE CHILDRENS PLACE 07   RIVERHEAD  * NY | clothing | 39.24 |
| 09/30 | DEBIT CARD PURCHASE, *****30048242572, AUT 092720 VISA DDA PUR<br>WALMART COM AV   800 966 6546  * AR | clothing | 113.89 |
| 09/30 | DEBIT CARD PURCHASE, *****30048242572, AUT 092920 VISA DDA PUR<br>PANERA BREAD  204069   RIVERHEAD  * NY | Food | 26.04 |
| 10/01 | DEBIT CARD PURCHASE, *****30048242572, AUT 092920 VISA DDA PUR<br>LENOX 6062   RIVERHEAD  * NY | House items | 112.86 |
| 10/01 | DEBIT CARD PURCHASE, *****30048242572, AUT 092920 VISA DDA PUR<br>AUNTIE ANNE S NY258   RIVERHEAD  * NY | clothing | 9.75 |
| 10/01 | DEBIT CARD PAYMENT, *****30048242572, AUT 093020 VISA DDA PUR<br>APPLE COM BILL   866 712 7753 * CA | cell | 0.99 |
| 10/02 | DEBIT CARD PURCHASE, *****30048242572, AUT 100120 VISA DDA PUR<br>GALI S COUTURE WIGS   GREAT NECK  * NY | wig | 695.00 |
| 10/02 | DEBIT POS, *****30048242572, AUT 100220 DDA PURCHASE<br>SHOP DELIGHT   GREAT NCK PLZ * NY | Food | 432.41 |
| 10/02 | DEBIT CARD PURCHASE, *****30048242572, AUT 100120 VISA DDA PUR<br>1KBKD NY GARAGEGAT   VIEWINVOICE C * CA | garage door repair | 221.00 |
| 10/05 | DEBIT CARD PAYMENT, *****30048242572, AUT 100320 VISA DDA PUR<br>VESTA  AT T PREPAID   866 608 3007 * OR | cell | 33.79 |
| 10/07 | TD ATM DEBIT, *****30048242572, AUT 100720 DDA WITHDRAW<br>2 GREAT NECK RD   GREAT NECK  * NY | | 900.00 |
| 10/09 | DEBIT POS, *****30048242572, AUT 100920 DDA PURCHASE<br>SHOP DELIGHT   GREAT NCK PLZ * NY | Food | 288.23 |
| 10/13 | DEBIT CARD PURCHASE, *****30048242572, AUT 101220 VISA DDA PUR<br>ECOSHIELD PEST CONTROL   855 9284489  * NY | Exterminator | 222.68 |
| 10/13 | DEBIT CARD PAYMENT, *****30048242572, AUT 100920 VISA DDA PUR<br>GEICO  AUTO   800 841 3000 * DC | Auto insurance | 155.77 |
| 10/13 | DEBIT CARD PAYMENT, *****30048242572, AUT 101220 VISA DDA PUR<br>DISNEYPLUS   888 9057888  * CA | TV | 12.99 |

Scanned with CamScanner



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Page: 4 of 6
Statement Period: Sep 26 2020 - Oct 25 2020
Cust Ref #:
Primary Account #: 39-T-###
1730

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/14 | DEBIT POS, *****30048242572, AUT 101420 DDA PURCHASE<br>CVS PHARMACY  01 01963    GREAT NECK  * NY | CVS | 8.51 |
| 10/15 | DEBIT CARD PAYMENT, *****30048242572, AUT 101420 VISA DDA PUR<br>E Z PASSNY REBILL    800 333 8655 * NY | EZ Pass | 25.00 |
| 10/16 | TD ATM DEBIT, *****30048242572, AUT 101620 DDA WITHDRAW<br>2 GREAT NECK RD    GREAT NECK  * NY | | 940.00 |
| 10/16 | DEBIT POS, *****30048242572, AUT 101620 DDA PURCHASE<br>SHOP DELIGHT    GREAT NCK PLZ * NY | Food | 262.79 |
| 10/16 | DEBIT CARD PURCHASE, *****30048242572, AUT 101520 VISA DDA PUR<br>PROPERTYSHARK COM    805 6992040  * CA | R.E | 87.05 |
| 10/19 | DEBIT CARD PURCHASE, *****30048242572, AUT 101520 VISA DDA PUR<br>GRILL TIME    GREAT NECK  * NY | Food | 45.81 |
| 10/19 | DEBIT CARD PURCHASE, *****30048242572, AUT 101620 VISA DDA PUR<br>COLONY PHARMACY    GREAT NECK  * NY | Medication | 7.99 |
| 10/21 | DEBIT CARD PAYMENT, *****30048242572, AUT 101920 VISA DDA PUR<br>VERIZON ONETIMEPAY    VERIZON COM  * FL | Internet/Phone | 259.85 |
| 10/22 | DEBIT POS, *****30048242572, AUT 102220 DDA PURCHASE<br>COSTCO WHSE  0226    WESTBURY  * NY | Food | 413.62 |
| 10/23 | TD ATM DEBIT, *****30048242572, AUT 102320 DDA WITHDRAW<br>2 GREAT NECK RD    GREAT NECK  * NY | | 400.00 |
| 10/23 | DEBIT CARD PURCHASE, *****30048242572, AUT 102120 VISA DDA PUR<br>BESITO    ROSLYN  * NY | Food | 147.75 |
| 10/23 | DEBIT CARD PURCHASE, *****30048242572, AUT 102020 VISA DDA PUR<br>COLBEH    GREAT NECK  * NY | Food | 91.75 |
| 10/23 | DEBIT CARD PURCHASE, *****30048242572, AUT 102220 VISA DDA PUR<br>PAYPAL  FREESHIPPIN    402 935 7733 * CT | House Item | 10.00 |
| | | Subtotal: | 6,036.32 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT | 600.00 |
| | Subtotal: | 600.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/25 | 5,221.85 | 10/13 | 6,738.32 |
| 09/28 | 3,714.17 | 10/14 | 6,909.26 |
| 09/29 | 3,050.37 | 10/15 | 6,884.26 |
| 09/30 | 2,911.44 | 10/16 | 5,594.42 |
| 10/01 | 2,787.84 | 10/19 | 5,540.62 |
| 10/02 | 8,174.33 | 10/21 | 5,280.77 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner



**Bank**

America's Most Convenient Bank®

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

STATEMENT OF ACCOUNT

Page: 5 of 5
Statement Period: Sep 26 2020-Oct 25 2020
Cust Ref #: -039-T-###
Primary Account #: 1730

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/05 | 8,140.54 | 10/22 | 5,044.80 |
| 10/07 | 7,417.99 | 10/23 | 4,395.10 |
| 10/09 | 7,129.76 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

AV 01 137220 93451E402 B**5DGT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY
TAX ACCOUNT
57 STEAMBOAT RD
GREAT NECK NY 11024-1826

Page: 1 of 2
Statement Period: Sep 12 2020-Oct 11 2020
Cust Ref #: 5-039-T-###
Primary Account #: 9365

## Chapter 11 Checking

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account # 9365

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 88.05 | Average Collected Balance | 88.05 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 88.05 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 88.05 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Scanned with CamScanner