UNITED STATES BANKRUPTCY COURT
DISTRICT OF ___NY___

In re __Jaklin Meeanik__
       Debtor

Case No. 819-71559-A736

Reporting Period: November 2020

Social Security # ____5876____
(last 4 digits only)

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

ECF NO.

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____          Date  12/16/2020

Signature of Joint Debtor _____       Date _____

In re ___Saklin Mecanik___    Case No. __819-71559-A736__
       Debtor                        Reporting Period: __November 2020__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 4481 | (15) |
| RECEIPTS | | |
| Wages (Net) | — | — |
| Interest and Dividend Income | — | — |
| Alimony and Child Support | 7683 | 101,033 |
| Social Security and Pension Income | — | 1 |
| Sale of Assets | — | — |
| Other Income (attach schedule) | 887 | 12,385 |
| Total Receipts | 8570 | 178,418 |
| DISBURSEMENTS | | |
| ORDINARY ITEMS | | |
| Mortgage Payment(s) | — | — |
| Rental Payment(s) | | — |
| Other Secured Note Payments | | — |
| Utilities | 1269 | 4515 |
| Insurance | 156 | 6657 |
| Auto Expense | 170 | 4002 |
| Lease Payments | | — |
| IRA Contributions | — | |
| Repairs and Maintenance | 1040 | 11,155 |
| Medical Expenses | 198 | 5229 |
| Food, Clothing, Hygiene | 5920 | 10,127 |
| Charitable Contributions | — | 607 |
| Alimony and Child Support Payments | — | |
| Taxes - Real Estate | — | — |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | — |
| Travel and Entertainment | 14 | 13,446 |
| Gifts | | |
| Other (attach schedule) | 802 | 8257 |
| Total Ordinary Disbursements | 8578 | 171,005 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650 | 3575 |
| Other Reorganization Expenses (attach schedule) | | — |
| Total Reorganization Items | 650 | 3575 |
| Total Disbursements (Ordinary + Reorganization) | 9228 | 174,580 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (658) | 3838 |
| Cash - End of Month (Must equal reconciled bank statement) | 3823 | 3823 |

In re Jaklin Mecanik
Debtor

Case No. 819-71559-A736
Reporting Period: November 2020

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| DESCRIPTION OF Receipts/Income | Amount Current Month | Amount Cumulative (Petition Date) |
|---|---|---|
| **Other Receipts** | | |
| Account Transfer | | 1469 |
| Unemployment Compensation | 887 | 17385 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Bank Fee | — | 50 |
| Account Transfer | — | 1469 |
| Religious Items | 202 | 5528 |
| Out Medical Care | — | 210 |
| Disc Fees - Divorce | — | 3000 |
| | | |
| **Other Mortgage/Rental Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 9228 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 9228 |

In re _Jaklin Meeanik_
Debtor

Case No. 819-71559-A736
Reporting Period: November 2020

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating # 1702 | Payroll # | Tax # 9365 | Other # |
|---|---|---|---|---|
| BALANCE PER BOOKS | 3738 | | 88 | |
| BANK BALANCE | 5758 | | 88 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| ADJUSTED BANK BALANCE * | 3738 | | 88 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

**Jaklin Mecanik**
**Bank Reconciliation - TD Bank Account 1730**
**Nov-20**

| | |
|---|---|
| **Beginning Balance** | 4,395.10 |
| Total Deposits | 8,570.17 |
| Total Disbursements | 9,226.85 |
| **Ending Balance** | 3,738.42 |
| **Bank Balance** | 3,738.42 |
| Less Outstanding Checks: | - |
| Plus Outstanding Deposits | - |
| **Adjusted Bank Balance** | 3,738.42 |
| Difference | - |

**Jaklin Mecanik**
**Bank Reconciliation - TD Bank Account 9365**
**Nov-20**

| | |
|---|---|
| **Beginning Balance** | 88.05 |
| Total Deposits | - |
| Total Disbursements | - |
| **Ending Balance** | 88.05 |
| **Bank Balance** | 88.05 |
| Less Outstanding Checks:<br>None | - |
| **Adjusted Bank Balance** | 88.05 |
| Difference | - |

In re _Jaklin Mecanik_
Debtor

Case No. 819-71559-A736
Reporting Period: November 2020

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check |
|------|-------|---------|--------|-------|
|  | See attached |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements |  |  |  |  |

| Total Disbursements for the Month | 9,228 |
|---|---|

In re: Jaklin Mecanik

Case No 819-71559-A736
Reporting Period November 2020

Disbursement Journal

Bank Account Disbursements

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 26-Oct | BP | Auto | 54 | EFT |
| 26-Oct | CVS | Medical | 1 | EFT |
| 27-Oct | Paypal | Food, clothing, hygiene | 95 | EFT |
| 27-Oct | Shop Delight | Food, clothing, hygiene | 88 | EFT |
| 27-Oct | CVS | Medical | 30 | EFT |
| 28-Oct | National Grid | Utilities | 210 | 162 |
| 28-Oct | Congregation Derech | Other - religious | 202 | EFT |
| 28-Oct | Vivint | Utilities | 75 | EFT |
| 29-Oct | US Trustee | US Trustee Fees | 650 | 163 |
| 30-Oct | ATM Withdrawal | Food, clothing, hygiene | 900 | EFT |
| 30-Oct | Silk Auto Repair | Auto | 30 | EFT |
| 2-Nov | Pike Global Goods | Food, clothing, hygiene | 97 | EFT |
| 2-Nov | Apple | Travel & Entertainment | 1 | EFT |
| 3-Nov | Colbeh | Food, clothing, hygiene | 306 | EFT |
| 3-Nov | Vesta | Utilities | 34 | EFT |
| 5-Nov | Shop Delight | Food, clothing, hygiene | 339 | EFT |
| 5-Nov | CVS | Medical | 124 | EFT |
| 5-Nov | Cho Sen Village | Food, clothing, hygiene | 124 | EFT |
| 6-Nov | ATM Withdrawal | Food, clothing, hygiene | 600 | EFT |
| 6-Nov | Best Market | Food, clothing, hygiene | 7 | EFT |
| 10-Nov | Geico | Insurance | 156 | EFT |
| 12-Nov | Costco | Food, clothing, hygiene | 319 | EFT |
| 13-Nov | Disney Plus | Travel & Entertainment | 13 | EFT |
| 16-Nov | PSEG | Utilities | 690 | 164 |
| 16-Nov | ATM Withdrawal | Food, clothing, hygiene | 960 | EFT |
| 16-Nov | Kosher Food | Food, clothing, hygiene | 108 | EFT |
| 16-Nov | Property Shark | Repairs & Maint | 87 | EFT |
| 16-Nov | 16 Handles | Food, clothing, hygiene | 23 | EFT |
| 16-Nov | 7 Eleven | Food, clothing, hygiene | 22 | EFT |
| 17-Nov | Whole Foods | Food, clothing, hygiene | 208 | EFT |
| 17-Nov | Doray Enterprises | Auto | 55 | EFT |
| 17-Nov | The Home Depot | Repairs & Maint | 27 | EFT |
| 17-Nov | Amazon | Food, clothing, hygiene | 22 | EFT |
| 18-Nov | Walmart | Food, clothing, hygiene | 119 | EFT |
| 18-Nov | Café Kriza | Food, clothing, hygiene | 55 | EFT |
| 18-Nov | CVS | Medical | 40 | EFT |
| 19-Nov | Central Air Repair | Repairs & Maint | 500 | 165 |
| 19-Nov | Homeserve | Repairs & Maint | 32 | EFT |
| 20-Nov | ATM Withdrawal | Food, clothing, hygiene | 900 | EFT |
| 20-Nov | Target | Food, clothing, hygiene | 54 | EFT |
| 23-Nov | Amazon | Food, clothing, hygiene | 20 | EFT |
| 23-Nov | Paypal | Food, clothing, hygiene | 10 | EFT |
| 24-Nov | Verizon | Utilities | 260 | EFT |
| 24-Nov | Bee Organic | Food, clothing, hygiene | 42 | EFT |
| 24-Nov | BP | Auto | 30 | EFT |
| 25-Nov | Shop Delight | Food, clothing, hygiene | 378 | EFT |
| 25-Nov | Best Market | Food, clothing, hygiene | 129 | EFT |

**Total Bank Account Disbursements**                          9,227

In re _Jallin Yceanik_
Debtor

Case No. 819-71559-A736
Reporting Period: NOVEMBER 2020

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | | |
| TOTAL REAL PROPERTY ASSETS | | |
| **PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | 3823 | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

In re: _Jaffin Mesnik_
Debtor:

Case No: 819-71559-A736
Reporting Period: November 2020

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

No tax liability

In re ARKLIN MEDANIK
Debtor

Case No. 819-71559-A7336
Reporting Period: NOVEMBER 2020

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection |  |  |  |  |  |  |
| Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt (list creditor) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

_____

In re _Jaklin Mieanik_
Debtor

Case No. _819-71559-A736_
Reporting Period: _November 2020_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re _Jaklin Micanik_
Debtor

Case No. 8|9-71559-A736
Reporting Period: November 2020

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 Are any post petition State or Federal income taxes past due? | | X |
| 7 Are any post petition real estate taxes past due? | | X |
| 8 Are any other post petition taxes past due? | | X |
| 9 Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 Are any amounts owed to post petition creditors delinquent? | | X |
| 11 Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | X | |



## Bank
America's Most Convenient Bank®

T      STATEMENT OF ACCOUNT

AV 01 139082 34537E390 A**5DGT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY
57 STEAMBOAT RD
GREAT NECK NY 11024-1828

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 26 2020-Nov 25 2020 |
| Cust Ref #: | -039-T-### |
| Primary Account #: | )1730 |

### Chapter 11 Checking

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account #      1730

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,395.10 | Average Collected Balance | 4,899.57 |
| Deposits | 7,682.92 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 900.53 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,840.00 | Days in Period | 31 |
| Electronic Payments | 7,400.13 | | |
| Ending Balance | 3,738.42 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | MOBILE DEPOSIT | 482.92 |
| 11/02 | MOBILE DEPOSIT | 1,800.00 |
| 11/02 | DEPOSIT | 1,700.00 |
| 11/12 | MOBILE DEPOSIT | 3,700.00 |
| | Subtotal: | 7,682.92 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 10/27 | POS CREDIT, *****30048242572, AUT 102720 DDA PURCH REF CVS PHARM 01963 540 M   GREAT NECK   * NY | 12.99 |
| 11/05 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 11/12 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 11/19 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 14 | 177.45 |
| 11/24 | ACH DEPOSIT, TD AMERITRADE ACH MICRO aZ9PTQCFT6 | 0.19 |
| 11/24 | ACH DEPOSIT, TD AMERITRADE ACH MICRO aZ9PTQCFT6 | 0.10 |
| 11/25 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 14 | 177.45 |
| | Subtotal: | 900.53 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Begin by adjusting your account register as follows:

* Subtract any services charges shown on this statement.

* Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

* Add any interest earned if you have an interest-bearing account.

* Add any automatic deposit or overdraft line of credit.

* Review all withdrawals shown on this statement and check them off in your account register.

* Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 3,738.42 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

* Your name and account number.
* A description of the error or transaction you are unsure about.
* The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

* Your name and account number.
* The dollar amount of the suspected error.
* Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 26 2020-Nov 25 2020 |
| Cust Ref #: | 0-039-T-### |
| Primary Account #: | 1730 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid

No. Checks: 3       *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/29 | 163 U.S. trustee | 650.00 | 11/19 | 165 Central Heat repair | 500.00 |
| 11/16 | 164 PSEG Payment Plan | 690.00 | | | |
| | | | | Subtotal: | 1,840.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | DEBIT CARD PURCHASE, *****30048242572, AUT 102520 VISA DDA PUR   gas <br> BP 1810100MUKTI 208 PETR   GREAT NECK  * NY | 54.35 |
| 10/26 | DEBIT CARD PURCHASE, *****30048242572, AUT 102320 VISA DDA PUR   CVS <br> WWW CVS COM      888 607 4287 * IN | 1.00 |
| 10/27 | DEBIT CARD PURCHASE, *****30048242572, AUT 102620 VISA DDA PUR clothing <br> PAYPAL EBAY US      402 935 7733 * CA | 95.05 |
| 10/27 | DEBIT POS, *****30048242572, AUT 102720 DDA PURCHASE   Food <br> SHOP DELIGHT       GREAT NCK PLZ * NY | 87.65 |
| 10/27 | DEBIT POS, *****30048242572, AUT 102720 DDA PURCHASE   CVS <br> CVS PHARM 01963 540 M   GREAT NECK  * NY | 30.40 |
| 10/27 | DEBIT POS, *****30048242572, AUT 102720 DDA PURCHASE   CVS <br> CVS PHARMACY 01 01963   GREAT NECK  * NY | 12.99 |
| 10/28 | ELECTRONIC CK PMT-ARC, NATIONAL GRID-KE CHECK PYMT 0162   NG | 209.70 |
| 10/28 | DEBIT CARD PURCHASE, *****30048242572, AUT 102720 VISA DDA PUR religious <br> CONGREGATION DERECH DOVI  BROOKLYN    * NY articles | 202.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30048242572, AUT 102720 VISA DDA PUR alarm <br> VIVINT INC US      800 216 5232 * UT system | 75.48 |
| 10/30 | TD ATM DEBIT, *****30048242572, AUT 103020 DDA WITHDRAW <br> 2 GREAT NECK RD      GREAT NECK  * NY | 900.00 |
| 10/30 | DEBIT CARD PURCHASE, *****30048242572, AUT 102820 VISA DDA PUR tire repair <br> SILK AUTO REPAIR  TIR    BROOKLYN   * NY | 30.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30048242572, AUT 110120 VISA DDA PUR cookies x <br> PIKE GLOBAL FOODS      888 382 1672 * PA room | 98.75 |
| 11/02 | DEBIT CARD PAYMENT, *****30048242572, AUT 103020 VISA DDA PUR cell storage <br> APPLE COM BILL      866 712 7753 * CA | 0.99 |
| 11/03 | DEBIT CARD PURCHASE, *****30048242572, AUT 103020 VISA DDA PUR Food <br> COLBEH        GREAT NECK  * NY | 305.50 |
| 11/03 | DEBIT CARD PAYMENT, *****30048242572, AUT 110220 VISA DDA PUR cell <br> VESTA  AT T PREPAID    866 608 3007  * OR | 33.79 |
| 11/05 | DEBIT POS, *****30048242572, AUT 110520 DDA PURCHASE   Food <br> SHOP DELIGHT       GREAT NCK PLZ * NY | 339.28 |
| 11/05 | DEBIT POS, *****30048242572, AUT 110520 DDA PURCHASE   CVS <br> CVS PHARM 01963 540 M   GREAT NECK   * NY | 123.96 |
| 11/05 | DEBIT CARD PURCHASE, *****30048242572, AUT 110320 VISA DDA PUR Food <br> CHOSEN VILLAGE      GREAT NECK  * NY | 123.94 |
| 11/06 | TD ATM DEBIT, *****30048242572, AUT 110620 DDA WITHDRAW <br> 2 GREAT NECK RD      GREAT NECK  * NY | 600.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Scanned with CamScanner



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

---

DAILY ACCOUNT ACTIVITY

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT POS, *****30048242572, AUT 110620 DDA PURCHASE  *Food*<br>BEST MARKET        GREAT NECK  * NY | 7.38 |
| 11/10 | DEBIT CARD PAYMENT, *****30048242572, AUT 110920 VISA DDA PUR  *Car Insurance*<br>GEICO  AUTO        800 841 3000 * DC | 155.77 |
| 11/12 | DEBIT POS, *****30048242572, AUT 111220 DDA PURCHASE  *Costco*<br>COSTCO WHSE  0310    LAWRENCE  * NY | 318.63 |
| 11/13 | DEBIT CARD PAYMENT, *****30048242572, AUT 111220 VISA DDA PUR  *TV*<br>DISNEYPLUS        888 9057888  * CA | 12.99 |
| 11/16 | TD ATM DEBIT, *****30048242572, AUT 111520 DDA WITHDRAW<br>2 GREAT NECK RD        GREAT NECK  * NY | 960.00 |
| 11/16 | DEBIT CARD PURCHASE, *****30048242572, AUT 111320 VISA DDA PUR  *Food*<br>KOSHER FOOD TO GO        76617289  * NY | 107.54 |
| 11/16 | DEBIT CARD PURCHASE, *****30048242572, AUT 111520 VISA DDA PUR  *Business*<br>PROPERTYSHARK COM        805 6992040  * CA | 87.05 |
| 11/16 | DEBIT CARD PURCHASE, *****30048242572, AUT 111420 VISA DDA PUR  *Ice cream & children*<br>TST  16 HANDLES  GREAT    GREAT NECK  * NY | 23.35 |
| 11/16 | DEBIT POS, *****30048242572, AUT 111420 DDA PURCHASE  *?/11*<br>7 ELEVEN        LITTLE NECK  * NY | 22.22 |
| 11/17 | DEBIT POS, *****30048242572, AUT 111720 DDA PURCHASE  *Supermarket*<br>WHOLEFDS MHS 100 2101 NO  MANHASSET   * NY | 208.49 |
| 11/17 | DEBIT CARD PURCHASE, *****30048242572, AUT 111620 VISA DDA PUR  *gas*<br>DORAY ENTERPRISES INC    GREAT NECK   * NY | 55.34 |
| 11/17 | DEBIT POS, *****30048242572, AUT 111720 DDA PURCHASE  *Home dep*<br>THE HOME DEPOT 8465    WESTBURY   * NY | 27.03 |
| 11/17 | DEBIT CARD PURCHASE, *****30048242572, AUT 111520 VISA DDA PUR  *Food*<br>AMZN MKTP US 208FL8JM2    AMZN COM BILL * WA | 21.99 |
| 11/18 | DEBIT CARD PURCHASE, *****30048242572, AUT 111520 VISA DDA PUR  *Food*<br>WALMART COM AT        BENTONVILLE  * AR | 119.48 |
| 11/18 | DEBIT CARD PURCHASE, *****30048242572, AUT 111720 VISA DDA PUR  *Food*<br>CAFE KRIZA        GREAT NECK  * NY | 55.46 |
| 11/18 | DEBIT POS, *****30048242572, AUT 111720 DDA PURCHASE  *CVS monthly central A/C & Heat repair service*<br>CVS PHARM 01963 540 M    GREAT NECK  * NY | 39.57 |
| 11/19 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 2731230 | 31.58 |
| 11/20 | TD ATM DEBIT, *****30048242572, AUT 112020 DDA WITHDRAW<br>2 GREAT NECK RD        GREAT NECK  * NY | 900.00 |
| 11/20 | DEBIT POS, *****30048242572, AUT 112020 DDA PURCHASE  *Food / clothing*<br>TARGET T  101 SHORE RD    PORT WASHINGT* NY | 53.94 |
| 11/23 | DEBIT CARD PURCHASE, *****30048242572, AUT 112220 VISA DDA PUR  *Clothing*<br>AMAZON COM G96QC7GG3 AMZ   AMZN COM BILL * WA | 20.40 |
| 11/23 | DEBIT CARD PURCHASE, *****30048242572, AUT 112120 VISA DDA PUR  *Food*<br>PAYPAL FREESHIPPIN    402 935 7733 * CT | 10.00 |
| 11/24 | DEBIT CARD PAYMENT, *****30048242572, AUT 112020 VISA DDA PUR  *Internet / cell / home phone*<br>VERIZON ONETIMEPAY    VERIZON COM  * FL | 259.85 |

Scanned with CamScanner

 **Bank**

America's Most Convenient Bank®

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 26 2020-Nov 26 2020 |
| Cust Ref #: | '30-039-T-### |
| Primary Account #: | 1730 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/24 | DEBIT CARD PURCHASE, *****30048242572, AUT 112220 VISA DDA PUR  BEE ORGANIC INTERNATIONA   GREAT NECK   * NY | Food | 42.34 |
| 11/24 | DEBIT POS, *****30048242572, AUT 112420 DDA PURCHASE  BP 36750631876      BROOKLYN     * NY | gas | 30.05 |
| 11/25 | DEBIT POS, *****30048242572, AUT 112520 DDA PURCHASE  SHOP DELIGHT         GREAT NCK PLZ * NY | Food | 378.15 |
| 11/25 | DEBIT POS, *****30048242572, AUT 112520 DDA PURCHASE  BEST MARKET          GREAT NECK   * NY | Food | 128.69 |
| | | Subtotal: | 7,400.13 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/25 | 4,395.10 | 11/12 | 8,168.75 |
| 10/26 | 4,339.75 | 11/13 | 8,155.76 |
| 10/27 | 4,304.10 | 11/16 | 6,266.60 |
| 10/28 | 4,299.84 | 11/17 | 5,952.75 |
| 10/29 | 3,649.84 | 11/18 | 5,738.24 |
| 10/30 | 2,719.84 | 11/19 | 5,384.10 |
| 11/02 | 6,122.10 | 11/20 | 4,430.18 |
| 11/03 | 5,782.81 | 11/23 | 4,399.76 |
| 11/05 | 5,373.08 | 11/24 | 4,067.81 |
| 11/06 | 4,765.70 | 11/25 | 3,738.42 |
| 11/10 | 4,609.93 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner

## Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

AV 01 138249 21712E406 8**506T

JAKLIN MECANIK
DIP CASE 19-71559 EDNY
TAX ACCOUNT
57 STEAMBOAT RD
GREAT NECK NY 11024-1826

Page:                    1 of 2
Statement Period:    Oct 12 2020-Nov 11 2020
Cust Ref #:              -039-T-###
Primary Account #:        .79365

## Chapter 11 Checking
JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account #      `9365

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 88.05 | Average Collected Balance | 88.05 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 88.05 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 88.06 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS.

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, *telephone the bank immediately at the phone number listed on the front of your statement or write to:*

***TD Bank, N.A., Deposit Operations Dept. P.O. Box 1377, Lewiston, Maine 04243-1377***

*We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:*

- *Your name and account number.*
- *A description of the error or transaction you are unsure about*
- *The dollar amount and date of the suspected error.*

*When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.*

*We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation*

*INTEREST NOTICE*

*Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.*

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Scanned with CamScanner