UNITED STATES BANKRUPTCY COURT
_Eastern_ DISTRICT OF _NY_

In re _Jakhin Mecanik_                    Case No. _819-71559-A736_
_____Debtor_____                    Reporting Period: _June 2021_

                                        Social Security # _5876_
                                        (last 4 digits only)

### MONTHLY OPERATING REPORT                    ECF NO.
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
_(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the_
_end of the month, as are the reports for Southern District of New York.)_

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____        Date _8/5/2021_

Signature of Joint Debtor _____        Date _____

In re Jaklin Mecanik  
Debtor

Case No. 819-71559-A736  
Reporting Period: June 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period but includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month | Cumulative Filing to Date |
|---|---|---|
| Cash - Beginning of Month | 1870 | (15) |
| **RECEIPTS** | | |
| Wages (Net) | — | — |
| Interest and Dividend Income | — | — |
| Alimony and Child Support | 7200 | 213,033 |
| Social Security and Pension Income | — | + |
| Sale of Assets | — | — |
| Other Income (attach schedule) | 2350 | 29,932 |
| Total Receipts | 9550 | 242,965 |
| **DISBURSEMENTS** | | |
| **Ordinary (Basic)** | | |
| Mortgage Payment(s) | — | — |
| Rental Payment(s) | — | — |
| Other Secured Note Payments | — | — |
| Utilities | 1501 | 24,028 |
| Insurance | 145 | 7972 |
| Auto Expense | 143 | 5056 |
| Lease Payments | — | — |
| IRA Contributions | — | — |
| Repairs and Maintenance | 819 | 14,331 |
| Medical Expenses | 177 | (0,169) |
| Food, Clothing, Hygiene | 7503 | 153,057 |
| Charitable Contributions | — | (007 |
| Alimony and Child Support Payments | — | — |
| Taxes - Real Estate | — | — |
| Taxes - Personal Property | — | — |
| Taxes - Other (attach schedule) | — | — |
| Travel and Entertainment | 253 | 15,334 |
| Gifts | — | L |
| Other (attach schedule) | 10 | 10,290 |
| Total Ordinary Disbursements | 10,051 | 237,306 |
| **Reorganization Items** | | |
| Professional Fees | — | — |
| U. S. Trustee Fees | — | 4875 |
| Other Reorganization Expenses (attach schedule) | — | — |
| Total Reorganization Items | — | 4875 |
| Total Disbursements (Ordinary + Reorganization) | 10,051 | 242,181 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (101) | 784 |
| Cash - End of Month (Must equal reconciled bank statement) | 769 | 769 |

In re **Jaklin Mcanik**
Debtor

Case No. 819-71559-A736
Reporting Period: June 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| Description | Current Month Actual | Cumulative Filing to Date |
|---|---|---|
| **Cash Receipts** | | |
| Account Transfer | — | 409 |
| Unemployment Compensat. | 2250 | 29932 |
| | | |
| | | |
| **Wages, etc.** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operating Disbursements** | | |
| Bank fees | — | 85 |
| Account Transfer | — | 409 |
| Religious Items | — | 4134 |
| Pet Medical Care | — | 210 |
| Prof fees - Divorce / Credit | 110 | 3346 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 10,651 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 10,651 |

In re _Justin Micznik_
Debtor

Case No. _819-71559-A736_
Reporting Period: _June 2021_

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| BALANCE PER BOOKS | 1703 | — | 9365 | |
| BANK BALANCE | 681 | | 88 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | — | | — | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* | — | | — | |
| OTHER *(ATTACH EXPLANATION)* | — | | — | |
| ADJUSTED BANK BALANCE * | 681 | | 88 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

**Jaklin Mecanik**
**Bank Reconciliation - TD Bank Account 1730**
**Jun-21**

| | |
|---|---|
| **Beginning Balance** | 1,781.62 |
| Total Deposits | 9,549.75 |
| Total Disbursements | 10,650.52 |
| **Ending Balance** | 680.85 |
| **Bank Balance** | 680.85 |
| Less Outstanding Checks: | - |
| Plus Outstanding Deposits | - |
| **Adjusted Bank Balance** | 680.85 |
| Difference | - |

**Jaklin Mecanik**
**Bank Reconciliation - TD Bank Account 9365**
**Jun-21**

| | |
|---|---|
| **Beginning Balance** | 88.05 |
| Total Deposits | - |
| Total Disbursements | - |
| **Ending Balance** | 88.05 |
| **Bank Balance** | 88.05 |
| Less Outstanding Checks:<br>None | - |
| **Adjusted Bank Balance** | 88.05 |
| Difference | - |

In re _Jaklin Mecanik_    Case No. _819-71559-A736_
Debtor    Reporting Period: _June 2021_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| **Total Cash Disbursements** | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      | See attached |    |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| **Total Bank Account Disbursements** | | | | |

| **Total Disbursements for the Month** | | | 10,625 |

In re: Jaldin Mecanik

Case No 819-71559-A736
Reporting Period June 2021

Disbursement Journal

Bank Account Disbursements

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 26-May | ATM Withdrawal | Food, clothing, hygiene | 1,000 | EFT |
| 27-May | Paypal | Food, clothing, hygiene | 304 | EFT |
| 28-May | Costco | Food, clothing, hygiene | 333 | EFT |
| 28-May | Shop Delight | Food, clothing, hygiene | 111 | EFT |
| 28-May | Yearbook | Travel & Entertainment | 99 | EFT |
| 28-May | Vivint | Utilities | 75 | EFT |
| 28-May | Staples | Food, clothing, hygiene | 43 | EFT |
| 1-Jun | Tst Amal Catering | Food, clothing, hygiene | 128 | EFT |
| 1-Jun | Dollar Tree | Food, clothing, hygiene | 43 | EFT |
| 2-Jun | Vesta | Utilities | 56 | EFT |
| 4-Jun | Verizon | Utilities | 29 | EFT |
| 7-Jun | ATM Withdrawal | Food, clothing, hygiene | 860 | EFT |
| 7-Jun | CRT Lexington Law | Other - Prof fees | 110 | EFT |
| 7-Jun | CVS | Medical | 45 | EFT |
| 7-Jun | Apple | Utilities | 1 | EFT |
| 8-Jun | McDonalds | Food, clothing, hygiene | 6 | EFT |
| 10-Jun | Verizon | Utilities | 150 | EFT |
| 10-Jun | Geico | Insurance | 145 | EFT |
| 10-Jun | Haagen Dazs | Travel & Entertainment | 22 | EFT |
| 11-Jun | Withdrawal | Food, clothing, hygiene | 250 | EFT |
| 11-Jun | Shop Delight | Food, clothing, hygiene | 137 | EFT |
| 11-Jun | CVS | Medical | 38 | EFT |
| 14-Jun | PSEG | Utilities | 800 | 188 |
| 14-Jun | Colbeh | Food, clothing, hygiene | 269 | EFT |
| 14-Jun | National Grid | Utilities | 150 | 190 |
| 14-Jun | Agora Taverna | Food, clothing, hygiene | 92 | EFT |
| 14-Jun | Exxon Mobil | Auto | 61 | EFT |
| 14-Jun | Disney Plus | Travel & Entertainment | 14 | EFT |
| 15-Jun | Water | Utilities | 231 | 189 |
| 15-Jun | Burger King | Food, clothing, hygiene | 50 | EFT |
| 15-Jun | CVS | Medical | 47 | EFT |
| 15-Jun | Pret A Manger | Food, clothing, hygiene | 13 | EFT |
| 16-Jun | Systematic Control Corp | Repairs & Maint | 700 | EFT |
| 16-Jun | Property Shark | Repairs & Maint | 87 | EFT |
| 16-Jun | Cho Sen Village | Food, clothing, hygiene | 82 | EFT |
| 16-Jun | CVS | Medical | 18 | EFT |
| 16-Jun | CVS | Medical | 11 | EFT |
| 16-Jun | Allied Austin | Travel & Entertainment | 9 | EFT |
| 17-Jun | ATM Withdrawal | Food, clothing, hygiene | 1,000 | EFT |
| 17-Jun | Macys | Food, clothing, hygiene | 77 | EFT |
| 18-Jun | Cleaners | Food, clothing, hygiene | 69 | 187 |
| 18-Jun | ATM Withdrawal | Food, clothing, hygiene | 1,000 | EFT |
| 18-Jun | Basari | Food, clothing, hygiene | 156 | EFT |
| 18-Jun | CVS | Medical | 18 | EFT |
| 18-Jun | Amazon | Food, clothing, hygiene | 17 | EFT |
| 18-Jun | Basari | Food, clothing, hygiene | 11 | EFT |
| 21-Jun | ATM Withdrawal | Food, clothing, hygiene | 1,000 | EFT |
| 21-Jun | Bistro Burger | Food, clothing, hygiene | 114 | EFT |
| 21-Jun | Kandl King | Travel & Entertainment | 109 | EFT |
| 21-Jun | Homeserve | Repairs & Maint | 32 | EFT |
| 21-Jun | EZ Pass | Auto | 25 | EFT |
| 21-Jun | Macys | Food, clothing, hygiene | 14 | EFT |
| 21-Jun | Paypal | Food, clothing, hygiene | 10 | EFT |
| 21-Jun | USPS | Food, clothing, hygiene | 5 | EFT |
| 23-Jun | Exxon Mobil | Auto | 57 | EFT |
| 25-Jun | Costco | Food, clothing, hygiene | 236 | EFT |
| 25-Jun | Wal Mart | Food, clothing, hygiene | 74 | EFT |

| Total Bank Account Disbursements | | | 10,651 | |

In re _Jaklin Micanik_
Debtor

Case No. 819-71559-A736

Reporting Period: June 2021

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **REAL AND PERSONAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | 169 | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

FORM MOR-3 (INCV)
2/2009
PAGE 1 OF 2

In re ___Jaklin Mecanik___
  Debtor

Case No: __819-71559-A756__
Reporting Period: __June 2021__

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-petition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | | |

No tax liability

In re _Kaitlin McCaulik_
Debtor

Case No. _8|9-71559-A73P_
Reporting Period: _June 2021_

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4 (INDV)
2/2008
PAGE 1 OF 1

In re __Jaklin Mecanik__
Debtor

Case No. __819-71559-A736__
Reporting Period: __June 2021__

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL PAYMENTS** | | | |

## INSTALLMENT PAYMENTS

| DESCRIPTION | LENDER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re _Jaklin Mecanik_
Debtor

Case No. 8|9 - 71559 - A736
Reporting Period: _June 2021_

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3  Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4  Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5  Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6  Are any post petition State or Federal income taxes past due? | | X |
| 7  Are any post petition real estate taxes past due? | | X |
| 8  Are any other post petition taxes past due? | | X |
| 9  Have any pre-petition taxes been paid during this reporting period? | | X |
| 10  Are any amounts owed to post petition creditors delinquent? | | X |
| 11  Have any post petition loans been been received by the Debtor from any party? | | X |
| 12  Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | X | |



**Bank**

America's Most Convenient Bank®

AV 01 132204 35992E376 A**5DGT
JAKLIN MECANIK
DIP CASE 19-71559 EDNY
57 STEAMBOAT RD
GREAT NECK NY 11024-1826

STATEMENT OF ACCOUNT

Page: 1 of 6
Statement Period: May 26 2021-Jun 25 2021
Cust Ref #: 730-030-T-###
Primary Account #: 730

## Chapter 11 Checking

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account # 730

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,781.62 | Average Collected Balance | 2,030.76 |
| Deposits | 7,200.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,349.75 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,100.31 | Days in Period | 31 |
| Electronic Payments | 9,300.21 | | |
| Other Withdrawals | 250.00 | | |
| Ending Balance | 680.85 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | MOBILE DEPOSIT | 1,500.00 |
| 06/02 | DEPOSIT | 2,000.00 |
| 06/16 | DEPOSIT | 3,700.00 |
| | Subtotal: | 7,200.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 292.50 |
| 05/26 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 177.45 |
| 06/03 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 292.50 |
| 06/03 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 177.45 |
| 06/08 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 292.50 |
| 06/08 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 12 | 177.45 |
| 06/17 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 292.50 |
| 06/17 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| 06/23 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 292.50 |
| 06/23 | ACH DEPOSIT, NYS DOL UI DD UI DD G***J*878 13 | 177.45 |
| | Subtotal: | 2,349.75 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

1. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

2. Subtotal by adding lines 1 and 2.

3. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

4. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Page | 2 of 6 |
| ① Ending Balance | 680.85 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | |
| ⑤ Adjusted Balance | |

| ① DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ③ WITHDRAWALS NOT ON STATEMENT | COLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Deposits** | | ② | | | | **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "OOP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**



STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | May 26 2021–Jun 25 2021 |
| Cust Ref #: | 30-039-T-### |
| Primary Account #: | 01730 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid

No. Checks: 3     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/18 | 187 cleaness | 69.25 | 06/15 | 189 sweater | 231.06 |
| 06/14 | 188 PSEG | 800.00 | | | |
| | | | | Subtotal: | 1,100.31 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | TD ATM DEBIT, *****30089062830, AUT 052621 DDA WITHDRAW<br>2 GREAT NECK RD     GREAT NECK  * NY | 1,000.00 |
| 05/27 | DEBIT CARD PURCHASE, *****30089062830, AUT 052521 VISA DDA PUR clothes<br>PAYPAL IPBRAGINART     4029357733  * CA | 303.90 |
| 05/28 | DEBIT POS, *****30089062830, AUT 052721 DDA PURCHASE Food<br>COSTCO WHSE 0226     WESTBURY  * NY | 332.50 |
| 05/28 | DEBIT POS, *****30089062830, AUT 052821 DDA PURCHASE Food<br>SHOP DELIGHT     GREAT NECK  * NY | 110.75 |
| 05/28 | DEBIT CARD PURCHASE, *****30089062830, AUT 052621 VISA DDA PUR Yearbook<br>YEARBOOK     877 723 6344 * MO | 99.12 |
| 05/28 | DEBIT CARD PURCHASE, *****30089062830, AUT 052721 VISA DDA PUR Alarm<br>VIVINT INC US     800 216 5232 * UT | 75.48 |
| 05/28 | DEBIT POS, *****30089062830, AUT 052821 DDA PURCHASE Paperwork<br>STAPLES 0646     MANHASSET  * NY | 43.42 |
| 06/01 | DEBIT CARD PURCHASE, *****30089062830, AUT 052821 VISA DDA PUR Food<br>TST AMAL CATERING     GREAT NECK  * NY | 127.62 |
| 06/01 | DEBIT POS, *****30089062830, AUT 053021 DDA PURCHASE House Items<br>DOLLARTREE 152 MIDDLE N     GREAT NECK  * NY | 43.45 |
| 06/02 | DEBIT CARD PAYMENT, *****30089062830, AUT 060121 VISA DDA PUR Cell<br>VESTA  ATT PREPAID     866 608 3007 * OR | 55.51 |
| 06/04 | DEBIT CARD PAYMENT, *****30089062830, AUT 060321 VISA DDA PUR Phone<br>VERIZON RECURRING PAY     800 VERIZON  * FL | 28.77 |
| 06/07 | TD ATM DEBIT, *****30089062830, AUT 060621 DDA WITHDRAW<br>2 GREAT NECK RD     GREAT NECK  * NY | 860.00 |
| 06/07 | DEBIT CARD PAYMENT, *****30089062830, AUT 060521 VISA DDA PUR Credit Fix<br>CRT LEXINGTON LAW     800 3418441  * UT | 109.95 |
| 06/07 | DEBIT POS, *****30089062830, AUT 060721 DDA PURCHASE Cell<br>CVS PHARMACY 01 01963     GREAT NECK  * NY | 45.47 |
| 06/07 | DEBIT CARD PAYMENT, *****30089062830, AUT 060221 VISA DDA PUR Extra in Cell.<br>APPLE COM BILL     866 712 7753 * CA | 0.99 |
| 06/08 | DEBIT CARD PURCHASE, *****30089062830, AUT 060621 VISA DDA PUR Food<br>MCDONALD S F3345     RIVERSIDE  * CT | 6.10 |
| 06/10 | DEBIT CARD PURCHASE, *****30089062830, AUT 060821 VISA DDA PUR Internet<br>VERIZON ONETIMEPAY     VERIZON COM  * FL | 159.55 |
| 06/10 | DEBIT CARD PAYMENT, *****30089062830, AUT 060921 VISA DDA PUR Auto insurance<br>GEICO  AUTO     800 841 3000 * DC | 145.34 |
| 06/10 | DEBIT CARD PURCHASE, *****30089062830, AUT 060921 VISA DDA PUR Ice cream<br>HAAGEN DAZS 992     GREAT NECK  * NY | 22.49 |

Scanned with CamScanner



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Page:                                    4 of 6
Statement Period:        May 26 2021-Jun 26 2021
Cust Ref #:                    1730-039-T-###
Primary Account #:                     ^1730

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/11 | DEBIT POS, *****30089062830, AUT 061121 DDA PURCHASE<br>SHOP DELIGHT      GREAT NECK  * NY | Food | 134.17 |
| 06/11 | DEBIT POS, *****30089062830, AUT 081121 DDA PURCHASE<br>CVS PHARMACY 01 01963   GREAT NECK  * NY | CVS | 38.01 |
| 06/14 | DEBIT CARD PURCHASE, *****30089062830, AUT 061121 VISA DDA PUR<br>COLBEH      GREAT NECK  * NY | Food  NG | 268.50 |
| 06/14 | ELECTRONIC CK PMT-ARC, NATIONAL GRID-KE CHECK PYMT 0190 | | 150.11 |
| 06/14 | DEBIT POS, *****30089062830, AUT 061421 DDA PURCHASE<br>AGORA TAVERNA      FOREST HILLS * NY | Food | 92.31 |
| 06/14 | DEBIT CARD PURCHASE, *****30089062830, AUT 061121 VISA DDA PUR<br>EXXONMOBIL  48038624   GREAT NECK  * NY | gas | 60.81 |
| 06/14 | DEBIT CARD PAYMENT, *****30089062830, AUT 061221 VISA DDA PUR<br>DISNEYPLUS      888 9057888  * CA | TV | 13.99 |
| 06/15 | DEBIT CARD PURCHASE, *****30089062830, AUT 061321 VISA DDA PUR<br>BURGER KING 2JG01      ELIZABETH   * NJ | Food | 49.50 |
| 06/15 | DEBIT POS, *****30089062830, AUT 061521 DDA PURCHASE<br>CVS PHARMACY 01 01934   GREAT NECK  * NY | CVS | 46.59 |
| 06/15 | DEBIT CARD PURCHASE, *****30089062830, AUT 061321 VISA DDA PUR<br>PRET A MANGER 4NJ88   RIDGEFIELD  * NJ | Food | 12.98 |
| 06/16 | DEBIT CARD PURCHASE, *****30089062830, AUT 061521 VISA DDA PUR<br>SYSTEMATIC CONTROL CORPO  718 6311375  * NY | AIC recant | 700.00 |
| 06/16 | DEBIT CARD PURCHASE, *****30089062830, AUT 061521 VISA DDA PUR<br>PROPERTYSHARK COM      805 6992040  * CA | Work | 87.05 |
| 06/16 | DEBIT CARD PURCHASE, *****30089062830, AUT 061421 VISA DDA PUR<br>CHO SEN VILLAGE   GREAT NECK  * NY | Food | 82.01 |
| 06/16 | DEBIT POS, *****30089062830, AUT 061621 DDA PURCHASE<br>CVS PHARMACY 01 01963   GREAT NECK  * NY | CVS | 18.23 |
| 06/16 | DEBIT POS, *****30089062830, AUT 061621 DDA PURCHASE<br>CVS PHARM 01963 540 M    GREAT NECK  * NY | CVS | 10.63 |
| 06/16 | DEBIT CARD PURCHASE, *****30089062830, AUT 061421 VISA DDA PUR<br>ALLIED AUSTIN      FOREST HILLS * NY | | 9.00 |
| 06/17 | TD ATM DEBIT, *****30089062830, AUT 061721 DDA WITHDRAW<br>2 GREAT NECK RD      GREAT NECK  * NY | | 1,000.00 |
| 06/17 | DEBIT POS, *****30089062830, AUT 061721 DDA PURCHASE<br>MACY S  1100 NORTHER    MANHASSET  * NY | Clothing | 76.81 |
| 06/18 | TD ATM DEBIT, *****30089062830, AUT 061821 DDA WITHDRAW<br>2 GREAT NECK RD      GREAT NECK  * NY | | 1,000.00 |
| 06/18 | DEBIT CARD PURCHASE, *****30089062830, AUT 061721 VISA DDA PUR<br>BASARI MARKET LLC      ROSLYN    * NY | Food | 155.80 |
| 06/18 | DEBIT POS, *****30089062830, AUT 061721 DDA PURCHASE<br>CVS PHARMACY 01 01963   GREAT NECK  * NY | CVS | 18.23 |
| 06/18 | DEBIT CARD PURCHASE, *****30089062830, AUT 061621 VISA DDA PUR<br>AMAZON COM 2X95W2Y82 AMZ  AMZN COM BILL * WA | Food | 16.75 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner



# TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Page:                              5 of 6
Statement Period:    May 26 2021-Jun 25 2021
Cust Ref #:                    730-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | DEBIT CARD PURCHASE, *****30089062830, AUT 061721 VISA DDA PUR *Food*<br>BASARI MARKET LLC    ROSLYN    * NY | 11.14 |
| 06/21 | TD ATM DEBIT, *****30089062830, AUT 062121 DDA WITHDRAW<br>2 GREAT NECK RD    GREAT NECK    * NY | 1,000.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30089062830, AUT 061721 VISA DDA PUR *Food*<br>BISTRO BURGER    GREAT NECK    * NY | 114.03 |
| 06/21 | DEBIT CARD PURCHASE, *****30089062830, AUT 061821 VISA DDA PUR *chocolate*<br>KANDI KING OF GREAT NECK    GREAT NECK    * NY | 108.74 |
| 06/21 | ACH DEBIT, HOMESERVE USA REPAIRPLAN 8619727 *AC Repair* | 31.59 |
| 06/21 | DEBIT CARD PURCHASE, *****30089062830, AUT 061721 VISA DDA PUR *E Z pass*<br>E Z PASSNY PAYMENT    800 333 8655 * NY | 25.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30089062830, AUT 061721 VISA DDA PUR *clothing*<br>MACYS MANHASSET    MANHASSET    * NY | 13.52 |
| 06/21 | DEBIT CARD PURCHASE, *****30089062830, AUT 061921 VISA DDA PUR *Food*<br>PAYPAL FREESHIPPIN    402 935 7733 * CT | 10.00 |
| 06/21 | DEBIT POS, *****30089082830, AUT 062121 DDA PURCHASE<br>USPS PO 3 661 MIDDLE N    GREAT NECK * NY | 5.20 |
| 06/23 | DEBIT CARD PURCHASE, *****30089062830, AUT 062121 VISA DDA PUR *gas*<br>EXXONMOBIL  48038624    GREAT NECK * NY | 57.39 |
| 06/25 | DEBIT POS, *****30089082830, AUT 062521 DDA PURCHASE *Food*<br>COSTCO WHSE 0226    WESTBURY    * NY | 236.82 |
| 06/25 | DEBIT POS, *****30089082830, AUT 062521 DDA PURCHASE *Food*<br>WAL MART 3420    WESTBURY    * NY | 74.89 |
| | Subtotal: | 9,300.21 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | DEBIT | 250.00 |
| | Subtotal: | 250.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/25 | 1,781.62 | 06/10 | 3,121.06 |
| 05/26 | 1,251.57 | 06/11 | 2,698.88 |
| 05/27 | 947.67 | 06/14 | 1,313.16 |
| 05/28 | 286.40 | 06/15 | 973.03 |
| 06/01 | 1,615.33 | 06/16 | 3,766.11 |
| 06/02 | 3,559.82 | 06/17 | 3,159.25 |
| 06/03 | 4,029.77 | 06/18 | 1,888.08 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Scanned with CamScanner



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Page: 6 of 6
Statement Period: May 28 2021-Jun 25 2021
Cust Ref #: 30-030-T-###
Primary Account #: 1730

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 06/04 | 4,001.00 | 06/21 | 580.00 |
| 06/07 | 2,984.59 | 06/23 | 992.56 |
| 06/08 | 3,448.44 | 06/25 | 680.85 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Scanned with CamScanner



## Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

AV 01 144794 22971E423 A**5DGT
JAKLIN MECANIK
DIP CASE 19-71559 EDNY
TAX ACCOUNT
57 STEAMBOAT RD
GREAT NECK NY 11024-1826

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 12 2021–Jun 11 2021 |
| Cust Ref #: | 5-039-T-### |
| Primary Account #: | 9365 |

## Chapter 11 Checking

JAKLIN MECANIK
DIP CASE 19-71559 EDNY

Account #     9365

### ACCOUNT SUMMARY

Beginning Balance                88.05

Ending Balance                   88.05

| | |
|---|---|
| Average Collected Balance | 88.05 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Scanned with CamScanner

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 88.05 |
|---|---|
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❼ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | ❷ | |

| ❽ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | ❹ | |

---

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to

TD Bank, N.A., Deposit Operations Dept. P.O. Box 1377 Lewiston, Maine 04243-1377

[text illegible]

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

[text illegible] a verbal inquiry. the Bank may ask that you send us your complaint or [text illegible] within ten (10) business days after the first telephone call

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported to the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on [text illegible] P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible [text illegible] than sixty (60) days after we sent you the [text illegible] appeared. You can telephone us, but doing [text illegible] letter, give us the following information:

- [text illegible] your account
- [text illegible]
- [text illegible] why you believe there is an error [text illegible] explanation describe the item you are unsure about.

[text illegible] we are investigating, but you [text illegible] that are not in question. While we [text illegible] as delinquent or take any action to [text illegible] amount you question.

**FINANCE CHARGES** Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank also uses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge